Opinion issued April 24, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00093-CV






IN THE INTEREST OF S.K.M. AND E.E.N.







On Appeal from the 313th District Court

 Harris County, Texas

Trial Court Cause No. 2005-02560J






MEMORANDUM OPINION Appellant Elliot Nix has failed to timely file a brief. See Tex. R. App. P.
38.8(a) (failure of appellant to file brief). After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Hanks.